UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY FORD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner Of<br>Social Security,<br><br>　　　　　　Defendant. | Case No. CV-23-024-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order dated September 21, 2023 (Doc. 15), Judgement is entered in favor of Plaintiff.

Dated this 21st day of September, 2023.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk